**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6387**

_____

HUGH MAURICE ALLEN WADE,

                Plaintiff – Appellant,

      v.

WENELISA NAVARRO, M.D.; ISAIAS TESSEMA, M.D.; ERWIN ALDANA,
M.D.,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District
Judge. (8:09-cv-01985-AW)

_____

Submitted: January 20, 2012      Decided: February 1, 2012

_____

Before SHEDD, AGEE, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Hugh Maurice Allen Wade, Appellant Pro Se. Philip Melton
Andrews, Katrina J. Dennis, KRAMON & GRAHAM, PA, Baltimore,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hugh Maurice Allen Wade appeals from the grant of summary judgment to Defendants in his 42 U.S.C. § 1983 (2006) suit. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Wade v. Navarro, No. 8:09-cv-01985-AW (D. Md. filed Sept. 11 & entered Sept. 14, 2009; filed May 17 & entered May 18, 2010; Feb. 8, 2011). In addition, we decline to exercise continuing jurisdiction over Wade's case. See Procunier v. Martinez, 416 U.S. 396, 404-05 (1974) (absent constitutional violations, federal courts should be reluctant to interfere with state prison administration). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2